AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Williams Wolin

Plaintiff (s),

V.

Wells Fargo Bank, National Association

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-04509-EDL

Notice is hereby given that, subject to approval by the court, __Plaintiff William Wolin__ substitutes
(Party (s) Name)

__Mark Yablonovich__, State Bar No. __186670__ as counsel of record in
(Name of New Attorney)

place of __Initiative Legal Group (Melissa Grant, Valerie Kincaid, Suzy E. Lee)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Mark Yablonovich

Address: 1875 Century Park E Ste 700, Los Angeles, CA 90067

Telephone: (310) 286-0246  Facsimile (310) 496-2477

E-Mail (Optional): mark@yablonovichlaw.com

I consent to the above substitution.

Date: 9-19-12

(Signature of Party (s))

I consent to being substituted.

Date: 9/25/2012

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/25/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 26, 2012

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]