1  Counsel listed on following page.
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13
14  WILLIAM WOLIN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),
15
16
        Plaintiff,
17
    v.
18
    WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,
19
20
21
        Defendants.
22

MMC
CASE NO. CV 12 4509 ~~EDL~~

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES**

23
24
25
26
27
28

| | |
|---|---|
| 1 | MALCOLM A. HEINICKE (SBN 194174) |
| | Malcolm.Heinicke@mto.com |
| 2 | MARI OVERBECK (SBN 261707) |
| | Mari.Overbeck@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 4 | Twenty-Seventh Floor |
| | San Francisco, CA  94105-2907 |
| 5 | Telephone:     (415) 512-4000 |
| | Facsimile:       (415) 512-4077 |
| 6 | |
| | TERRY E. SANCHEZ (SBN 101318) |
| 7 | Terry.Sanchez@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| 8 | 355 South Grand Avenue |
| | Thirty-Fifth Floor |
| 9 | Los Angeles, CA 90071-1560 |
| | Telephone:     (213) 683-9100 |
| 10 | Facsimile:       (213) 687-3702 |
| 11 | Attorneys for Defendants |
| | WELLS FARGO BANK, NATIONAL |
| 12 | ASSOCIATION; WELLS FARGO & COMPANY |
| 13 | MARK YABLONOVICH (SBN 186670) |
| | mark@yablonovichlaw.com |
| 14 | NEDA ROSHANIAN (SBN 225337) |
| | neda@yablonovichlaw.com |
| 15 | LAW OFFICES OF MARK YABLONOVICH |
| | 1875 Century Park East, Suite 700 |
| 16 | Los Angeles, CA 90067-2508 |
| | Telephone:     (310) 286-0246 |
| 17 | Facsimile:       (310) 407-5391 |
| 18 | Attorneys for Plaintiff |
| | WILLIAM WOLIN |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   Subject to the approval of the Court, the parties, by and through their undersigned
2   counsel, hereby submit this Stipulation and [Proposed] Order to Continue Initial Case
3   Management Conference and Corresponding Deadlines.

## STIPULATION

5   **WHEREAS**, the Initial Case Management Conference in this action is currently
6   set for November 30, 2012 at 10:00 a.m., with the deadline for filing a Case Management Report
7   set for November 23, 2012;

8   **WHEREAS**, soon after this action was first filed and while the matter was still
9   assigned to United States Magistrate Judge Elizabeth Laporte (and before this matter was
10  assigned to this Court), Defendants informed Plaintiff of their position that the case had been filed
11  in the wrong district and requested that Plaintiff stipulate to a transfer of the matter;

12  **WHEREAS**, the parties in this action are in ongoing discussions to determine
13  whether Plaintiff will stipulate to transfer this action to the United States District Court for the
14  Central District of California, and Plaintiff has requested certain information, and the parties
15  require additional time to complete these discussions;

16  **WHEREAS**, the parties' request to extend the date of the Initial Case
17  Management and its corresponding deadlines will make the best use of party and judicial
18  resources;

19  **WHEREAS**, the parties have not previously sought to modify or extend any
20  deadlines in this action, and the requested modification will have no effect on any other scheduled
21  dates.

22  **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and
23  between the undersigned counsel for all parties that, subject to the approval of the Court, the Case
24  Management Conference currently scheduled in this matter for November 30, 2012 shall be taken
25  off calendar and continued to December 14, 2012 at 10:30 a.m., or such other date and time
26  thereafter as the Court shall order, and all corresponding deadlines shall be continued in
27  accordance with Civil Local Rule 16-9.

28

- 3 -   STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE;
CASE NO. 12 4509

**IT IS SO STIPULATED.**

DATED: November 19, 2012              Munger, Tolles & Olson LLP


By: /s/ *Malcolm A. Heinicke*
   Malcolm A. Heinicke
   Attorneys for Defendants
   WELLS FARGO BANK, NATIONAL
   ASSOCIATION; WELLS FARGO &
   COMPANY


DATED: November 19, 2012              Law Offices of Mark Yablonovich


By: /s/ *Mark Yablonovich*
   Mark Yablonovich
   Attorneys for Plaintiff
   WILLIAM WOLIN


Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Yablonovich concurs in this filing.

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having read the considered the Stipulation filed by the parties, and good cause appearing |
| 3 | therefore, **IT IS HEREBY ORDERED** that the parties' Case Management Conference is |
| 4 | continued to December 14, 2012 at 10:30 a.m., and all corresponding dates are hereby continued |
| 5 | in accordance with Civil Local Rule 16-9(a). |
| 7 | **IT IS SO ORDERED.** |
| 9 | DATED: _____November 20_, 2012 |
| 10 | Hon. Maxine M. Chesney<br>United States District Court Judge |

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE;
CASE NO. 12 4509