1  Counsel listed on following page.

2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13
14  WILLIAM WOLIN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),

CASE NO.  CV 12 4509 ~~EDL~~ MMC

**SUPPLEMENTAL STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES**

Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

| | |
|---|---|
| 1 | MALCOLM A. HEINICKE (SBN 194174) |
| | Malcolm.Heinicke@mto.com |
| 2 | MARI OVERBECK (SBN 261707) |
| | Mari.Overbeck@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 4 | Twenty-Seventh Floor |
| | San Francisco, CA 94105-2907 |
| 5 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 6 | |
| | TERRY E. SANCHEZ (SBN 101318) |
| 7 | Terry.Sanchez@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| 8 | 355 South Grand Avenue |
| | Thirty-Fifth Floor |
| 9 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 683-9100 |
| 10 | Facsimile: (213) 687-3702 |
| 11 | Attorneys for Defendants |
| | WELLS FARGO BANK, NATIONAL |
| 12 | ASSOCIATION; WELLS FARGO & COMPANY |
| 13 | MARK YABLONOVICH (SBN 186670) |
| | mark@yablonovichlaw.com |
| 14 | NEDA ROSHANIAN (SBN 225337) |
| | neda@yablonovichlaw.com |
| 15 | LAW OFFICES OF MARK YABLONOVICH |
| | 1875 Century Park East, Suite 700 |
| 16 | Los Angeles, CA 90067-2508 |
| | Telephone: (310) 286-0246 |
| 17 | Facsimile: (310) 407-5391 |
| 18 | Attorneys for Plaintiff |
| | WILLIAM WOLIN |

Subject to the approval of the Court, the parties, by and through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order to Continue Initial Case Management Conference and Corresponding Deadlines.

### STIPULATION

**WHEREAS**, the Initial Case Management Conference in this action is currently set for December 14, 2012 at 10:00 a.m., with the deadline for filing a Case Management Report set for December 7, 2012;

**WHEREAS**, the Court granted the parties' previous request to extend the Initial Case Management Conference in this action from November 30, 2012 to December 14, 2012 to provide the parties with additional time to discuss whether Plaintiff will stipulate to transfer this action to the United States District Court for the Central District of California;

**WHEREAS**, Plaintiff has requested certain information, and the parties require additional time to complete these discussions;

**WHEREAS**, the parties' request to extend the date of the Initial Case Management and its corresponding deadlines will make the best use of party and judicial resources by hopefully avoiding the need for motion practice, and the requested modification will have no effect on any other scheduled dates;

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties that, subject to the approval of the Court, the Case Management Conference currently scheduled in this matter for December 14, 2012 shall be taken off calendar and continued to January 11, 2013 at 10:30 a.m., or such other date and time thereafter as the Court shall order, and all corresponding deadlines shall be continued in accordance with Civil Local Rule 16-9.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  November 30, 2012 | Munger, Tolles & Olson LLP |
| 2 | | |
| 3 | | By: */s/ Mari Overbeck* |
| 4 | | Mari Overbeck<br>Attorneys for Defendants |
| 5 | | WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY |
| 6 | | |
| 7 | DATED:  November 30, 2012 | Law Offices of Mark Yablonovich |
| 8 | | |
| 9 | | By: */s/ Neda Roshanian* |
| 10 | | Neda Roshanian<br>Attorneys for Plaintiff<br>WILLIAM WOLIN |

Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Neda Roshanian concurs in this filing.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2   Having read the considered the Stipulation filed by the parties, and good cause appearing

3   therefore, **IT IS HEREBY ORDERED** that the parties' Case Management Conference is

4   continued to January 18, 2013 at 10:30 a.m., and all corresponding dates are hereby continued in

5   accordance with Civil Local Rule 16-9(a).

7   **IT IS SO ORDERED.**

9   DATED: ____November 30____, 2012

    _____
    Hon. Maxine M. Chesney
    United States District Court Judge

SUPPLEMENTAL STIPULATION TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. 12 4509