1  Counsel listed on following page.

2

3

4

5

6

7

8

9

10

11                               UNITED STATES DISTRICT COURT

12                              NORTHERN DISTRICT OF CALIFORNIA

13

14  WILLIAM WOLIN, individually, and on        CASE NO.  CV 12 4509 MMC
    behalf of other members of the general
15  public similarly situated, and as aggrieved  **THIRD STIPULATION AND [PROPOSED]**
    employees pursuant to the Private          **ORDER TO CONTINUE INITIAL CASE**
16  Attorneys General Act ("PAGA"),            **MANAGEMENT CONFERENCE AND**
                                                **CORRESPONDING DEADLINES**
17                Plaintiff,

18  v.

19  WELLS FARGO BANK, NATIONAL
    ASSOCIATION, a national association;
20  WELLS FARGO & COMPANY, a
    Delaware corporation; and DOES 1
21  through 10, inclusive,

22                Defendants.

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | MALCOLM A. HEINICKE (SBN 194174) |
|   | Malcolm.Heinicke@mto.com |
| 2 | MARI OVERBECK (SBN 261707) |
|   | Mari.Overbeck@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street |
| 4 | Twenty-Seventh Floor |
|   | San Francisco, CA  94105-2907 |
| 5 | Telephone:     (415) 512-4000 |
|   | Facsimile:       (415) 512-4077 |
| 6 |   |
|   | TERRY E. SANCHEZ (SBN 101318) |
| 7 | Terry.Sanchez@mto.com |
|   | MUNGER, TOLLES & OLSON LLP |
| 8 | 355 South Grand Avenue |
|   | Thirty-Fifth Floor |
| 9 | Los Angeles, CA 90071-1560 |
|   | Telephone:     (213) 683-9100 |
| 10 | Facsimile:       (213) 687-3702 |
| 11 | Attorneys for Defendants |
|   | WELLS FARGO BANK, NATIONAL |
| 12 | ASSOCIATION; WELLS FARGO & COMPANY |
| 13 | MARK YABLONOVICH (SBN 186670) |
|   | mark@yablonovichlaw.com |
| 14 | NEDA ROSHANIAN (SBN 225337) |
|   | neda@yablonovichlaw.com |
| 15 | LAW OFFICES OF MARK YABLONOVICH |
|   | 1875 Century Park East, Suite 700 |
| 16 | Los Angeles, CA 90067-2508 |
|   | Telephone:     (310) 286-0246 |
| 17 | Facsimile:       (310) 407-5391 |
| 18 | Attorneys for Plaintiff |
|   | WILLIAM WOLIN |

1  Subject to the approval of the Court, the parties, by and through their undersigned
2  counsel, hereby submit this Second Stipulation and [Proposed] Order to Continue Initial Case
3  Management Conference and Corresponding Deadlines.

## STIPULATION

5  **WHEREAS**, the Initial Case Management Conference in this action is currently
6  set for January 18, 2013 at 10:30 a.m., with the deadline for filing a Case Management Report set
7  for January 11, 2013;

8  **WHEREAS**, the Court granted the parties' two previous requests to extend the
9  Initial Case Management Conference in this action in order to provide the parties with additional
10 time to discuss and decide whether Plaintiff will stipulate to transfer this action to the United
11 States District Court for the Central District of California;

12 **WHEREAS**, Defendants have provided Plaintiff with certain evidence to support
13 such a transfer, and Plaintiff requires additional time to review that evidence;

14 **WHEREAS**, the requested modification will have no effect on any other
15 scheduled dates;

16 **WHEREAS**, if Plaintiff refuses to stipulate to transfer, Defendants will move the
17 Court to transfer this action pursuant to 28 U.S.C. § 1404, and will notice their motion as per the
18 Court's regularly noticed civil law and motion calendar;

19 **WHEREAS**, if the parties reach a stipulation to transfer they will file that
20 stipulation with the Court on or before February 8, 2013;

21 **WHEREAS**, the parties agree that in light of the fact that the parties will either (a)
22 agree to stipulate to transfer this action or (b) seek the Court's resolution of this issue, the best
23 way to preserve both party and judicial resources is to reschedule the Initial Case Management
24 Conference in this action for April 12, 2013, to permit a stipulation to be reached or Defendants'
25 motion to be heard before holding the Initial Case Management Conference before this Court;

26 **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and
27 between the undersigned counsel for all parties that, subject to the approval of the Court, the
28 Initial Case Management Conference currently scheduled in this matter for January 18, 2013 shall

be taken off calendar and continued to April 12, 2013 at 10:30 a.m., or such other date and time thereafter as the Court shall order, and all corresponding deadlines shall be continued in accordance with Civil Local Rule 16-9, and that the parties shall file a stipulation to transfer this action on or before February 8, 2013, or shall notify the Court at that time whether Defendants will move the Court to transfer this action as per the Court's regularly noticed civil law and motion calendar.

**IT IS SO STIPULATED.**

DATED: January 11, 2013                    Law Offices of Mark Yablonovich

By: /s/ Neda Roshanian
Neda Roshanian
Attorneys for Plaintiff
WILLIAM WOLIN

DATED: January 11, 2013                    Munger, Tolles & Olson LLP

By: /s/ Mari Overbeck
Mari Overbeck
Attorneys for Defendants
WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY

Filer's Attestation

I, Malcolm A. Heinicke, am the ECF user whose identification and password are being used to file this THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Neda Roshanian concurs in this filing.

**[PROPOSED] ORDER**

Having read the considered the Stipulation filed by the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the parties' Initial Case Management Conference is continued to April 12, 2013 at 10:30 a.m., and all corresponding dates are hereby continued in accordance with Civil Local Rule 16-9(a). The parties shall, on or before February 8, 2013, file a stipulation to transfer this action to the U.S. District Court for the Central District of California, or notify the Court that no agreement was reached and of Defendants' intention to file a motion to transfer as per the Court's regularly noticed civil law and motion calendar.

**IT IS SO ORDERED.**

DATED: _____January 11_____, 2013

_____
Hon. Maxine M. Chesney
United States District Court Judge