MARK YABLONOVICH (SBN 186670)
mark@yablonovichlaw.com
PATRICK CLIFFORD (SBN 194941)
patrick@yablonovichlaw.com
JOSEPH HOFF (SBN 283856)
joseph@yablonovichlaw.com
LAW OFFICES OF MARK YABLONOVICH
1875 Century Park East, Suite 700
Los Angeles, CA 90067-2508
Telephone:  (310) 286-0246
Facsimile:   (310) 407-5391

Attorneys for Plaintiff
WILLIAM WOLIN

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
MARJA-LIISA OVERBECK (State Bar No. 261707)
mari.overbeck@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants
WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO & COMPANY

(List of attorneys continued on next page.)

**FILED: 2/7/14**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOLIN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. CV 13-1046 GHK (RZx)<br><br>**[PROPOSED]** ORDER OF DISMISSAL<br><br>Judge:  The Honorable George H. King<br><br>Trial Date:     None |

22577016.1

CV 13-1046 GHK (RZx)

[PROPOSED] ORDER OF DISMISSAL

1  TERRY E. SANCHEZ (State Bar No. 101318)
   terry.sanchez@mto.com
2  355 South Grand Avenue
   Thirty-Fifth Floor
3  Los Angeles, California 90071-1560
   Telephone:  (213) 683-9100
4  Facsimile:   (213) 687-3702

5  Attorneys for Defendants
   WELLS FARGO BANK, NATIONAL
6  ASSOCIATION; WELLS FARGO &
   COMPANY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having read and considered the Parties' Joint Stipulation For
2  Dismissal With Prejudice, and good cause appearing therefore, **HEREBY**
3  **ORDERS** that this action is **DISMISSED** in its entirety, and such dismissal shall be
4  with prejudice to the individual claims of Plaintiff Wolin.
5        **IT IS SO ORDERED.**
6
7  DATED: February 6, 2014

_____
Honorable George H. King
United States District Court Judge
Central District of California